IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-BNB

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 15 2008

GREGORY C. LANGHAM
    CLERK

---

## ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*

---

Plaintiffs, Joseph Bradshaw, Timothy Tuttamore, and Jamie McMahan, are in the custody of the United States Bureau of Prisons and currently are incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Plaintiffs filed *pro se* on January 7, 2008, an amended Prisoner Complaint. Only Plaintiff, Joseph Bradshaw, also filed *pro se* on January 7 an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In addition, Mr. Bradshaw

filed a motion on January 7 asking the Court to enter an order directing Mr. Tuttamore and Mr. McMahan to file their own prisoner's motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915. For the reasons stated below, Mr. Bradshaw's § 1915 motion and his motion for a Court order directing Mr. Tuttamore and Mr. McMahan to file their own § 1915 motions and affidavits will be denied.

Section 1915(a)(1) allows a litigant to commence a lawsuit without prepayment of fees or security therefor. Section 1915(e)(2)(A) requires the court to dismiss the case at any time if the court determines the allegation of poverty is untrue. "There is no absolute right to proceed in court without paying a filing fee in civil matters." *Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988); *see also* 28 U.S.C. § 1914(a). Proceeding *in forma pauperis* pursuant to § 1915, i.e., without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See Holmes*, 852 F.2d at 153.

The Court has reviewed Mr. Bradshaw's amended *in forma pauperis* motion and supporting affidavit. The motion and affidavit do not demonstrate indigence, and in fact show that Mr. Bradshaw has sufficient assets to pay the $350.00 filing fee required under 28 U.S.C. § 1914 because he has $518.75 available in his prison account. Therefore, the Court finds that Mr. Bradshaw does not qualify for commencement of this action without prepayment of fees or security pursuant to 28 U.S.C. § 1915. Leave to proceed *in forma pauperis* will be denied. Mr. Bradshaw will be directed to pay the $350.00 filing fee required pursuant to § 1914 if he wishes to pursue the claims asserted in the amended complaint. There is no reason at this time for the Court to enter an order directing Mr. Tuttamore and Mr. McMahan to file their own prisoner's

2

motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that the amended motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 that Plaintiff, Joseph Bradshaw, filed on January 7, 2008, is denied. It is

FURTHER ORDERED that Mr. Bradshaw pay the full $350.00 filing fee **within thirty (30) days from the date of this order** if he wishes to pursue the claims asserted in the amended complaint in this action. It is

FURTHER ORDERED that if Mr. Bradshaw fails to pay the full $350.00 filing fee within the time allowed, he will be dismissed without further notice as a party to this action. It is

FURTHER ORDERED that Mr. Bradshaw's January 7, 2008, motion asking the Court to enter an order directing Timothy Tuttamore and Jamie McMahan to file their own prisoner's motions and affidavits for leave to proceed pursuant to 28 U.S.C. § 1915 is denied as unnecessary.

DATED at Denver, Colorado, this _14_ day of ___January___, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02422-BNB

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/10/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk