IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-BNB

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion titled "Motion of Question's [sic] and Help" that Plaintiff, Jim Tuttamore, submitted to and filed with the Court on March 13, 2008. The order denying Plaintiffs' motion for a preliminary injunction filed on March 4, 2008, and mailed to all three Plaintiffs on March 7, 2008, for the most part answers Mr. Tuttamore's questions. Therefore, the motion is DENIED as unnecessary.

    Because the $350.00 filing fee in this action was paid on March 12, 2008, Mr. Tuttamore need not submit a motion pursuant to 28 U.S.C. § 1915. Finally, the March 4, 2008, order denying Plaintiffs' motion for a preliminary injunction notes that the clerk of the Court is directed to strike from the docket any future filings in this action filed on behalf of the Plaintiffs that is not signed by each Plaintiff in this action. Although the

Court has opted not to apply that directive to Mr. Tuttamore's March 13 motion, that directive will be enforced regarding any future filings by the Plaintiffs in this action.

Dated: March 17, 2008

---

Copies of this Minute Order mailed on March 17, 2008, to the following:

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 05327-030
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk