IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-BNB

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,
    Plaintiffs,
v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Motion to Alter or Amend Judgement [sic] and Motion for Reconsideration of IFRP Policy Specific Provision Preliminary Injunction Motion and a Request for a Video Confrence [sic] Hearing" that Plaintiffs submitted to and filed with the Court on March 18, 2008. The motion is DENIED. Plaintiffs are delaying the Court's consideration of the claims asserted in their amended complaint by continuing to paper the Court with motions. Plaintiffs are advised that if they continue to paper the Court with motions they may be subject to sanctions.

Dated: March 19, 2008

Copies of this Minute Order mailed on March 19, 2008, to the following:

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 05327-030
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk