IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-ZLW

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Verified Motion for Court to Review Docket Entry's [sic] 3 and 5 and Compare Complaints" submitted by Plaintiffs and filed with the Court on April 23, 2008. The motion is GRANTED. The Court originally compared the two complaints, determined that they were not identical, filed them separately as docket numbers three and five, and on December 17, 2007, ordered the original Plaintiff, Joseph Bradshaw, to submit an amended complaint, which all three Plaintiffs submitted on January 7, 2008. The Court again has compared the complaints (docket numbers three and five) and again has determined that they are not identical and properly were docketed separately.

    Each complaint (docket numbers three and five) is forty-five pages long. Plaintiffs may obtain copies of the electronic documents in this action at a cost of fifty cents per page, to be paid in advance. Plaintiffs are advised that they should not submit to the Court any documents they may want copies of because the Court's

electronic filing system does not allow the Court to maintain paper copies.

Dated: April 24, 2008

Copies of this Minute Order mailed on April 24, 2008, to the following:

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 05327-030
ADX - Florence
PO Box 8500
Florence, CO 81226

                                                   Secretary/Deputy Clerk