IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-ZLW

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

        Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R.[sic] LEYBA,
D.R.[sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

        Defendants.

ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiffs submitted a Notice of Appeal on April 29, 2008. The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A) Filing Fee**
   <u> X </u>   is not submitted

**(B) Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
   <u> X </u>   not submitted
   ___   is missing affidavit
   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
   ___   is missing required financial information
   ___   is missing an original signature by the prisoner
   ___   is not on proper form (must use the court's current form)
   ___   other_____

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs fail to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this <u> 15th </u> day of <u> May </u>, 2008.

       BY THE COURT:

       *Zita L. Weinshienk*
       _____
       ZITA L. WEINSHIENK, Senior Judge
       United States District Court