IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-ZLW

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiffs, Joseph Bradshaw, Timothy Tuttamore, and Jamie McMahan, are in the custody of the United States Bureau of Prisons (BOP) and currently are incarcerated at the United States Penitentiary, Administrative Maximum (ADX), in Florence, Colorado. Plaintiffs filed *pro se* on June 9, 2008, a document titled "Plaintiff's [sic] Fed. R. Civ. P. 60(b)(1) Motion and/or in the Alternative Nunc Pro Tunc Motion" asking the Court to reconsider and vacate the Court's Order of Dismissal and Judgment filed in this action

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 16 2008

GREGORY C. LANGHAM
CLERK

on March 28, 2008. The Court must construe the motion liberally because Plaintiffs are proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *See id.* at 1243. Plaintiffs' motion to reconsider in this action, which was filed more than ten days after the Court's Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed Plaintiffs' common claim challenging the Inmate Financial Responsibility Program pursuant to 28 U.S.C. § 1915A(b) as legally frivolous and dismissed Plaintiffs' individual medical claims without prejudice, directing Plaintiffs to file their individual medical claims in separate lawsuits because those claims were not common to all Plaintiffs in this action.

Upon consideration of the motion to reconsider and the entire file, the Court finds that Plaintiffs fail to demonstrate the existence of any extraordinary circumstances that

would justify a decision to reconsider and vacate the order dismissing this action and the judgment. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Plaintiff's [sic] Fed. R. Civ. P. 60(b)(1) Motion and/or in the Alternative Nunc Pro Tunc Motion" that Plaintiffs *pro se* on June 9, 2008, and which the Court has treated as a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED at Denver, Colorado, this 12 day of June, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02422-BNB

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 05327-030
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6\1\6\8.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk