IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-ZLW

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 17 2008

GREGORY C. LANGHAM
    CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Motion for Leave to Enlarge Time" submitted by Plaintiffs and filed with the Court on June 16, 2008. The motion is GRANTED **only for Plaintiff, Joseph Bradshaw, and only for twenty (20) days from the date of this minute order.** The Court already is in receipt of properly completed in forma pauperis motions and properly certified account statements from Plaintiffs, Timothy Tuttamore and Jamie McMahan. Only Mr. Bradshaw has failed within the time allowed to comply with the May 15, 2008, order to cure by submitting a properly completed in forma pauperis motion and a properly certified account statement. If Mr.

Bradshaw fails to submit these two documents within the **twenty (20) days allowed**, this Court will notify the United States Court of Appeals for the Tenth Circuit of that failure.

Dated: June 17, 2008

---

Copies of this Minute Order mailed on June 17, 2008, to the following:

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 02327-030
ADX - Florence
PO Box 8500
Florence, CO 81226

                                        Secretary/Deputy Clerk