IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02422-ZLW

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE, and
JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 5 2009

GREGORY C. LANGHAM
CLERK

---

ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on June 1, 2009, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on June 1, 2009. It is

FURTHER ORDERED that the case shall be reassigned to the *pro se* docket.

DATED at Denver, Colorado, this 12 day of June, 2009.

BY THE COURT:

*Zita L. Weinshienk*
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02422-ZLW

Joseph Bradshaw
Prisoner No. 20980-038
ADX - Florence
P.O. Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 05327-030
ADX – Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttermore
Reg. No. 43018-060
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of this **ORDER** to the above-named individuals on 6/15/09

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk