IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02422-MSK

JOSEPH BRADSHAW,
TIMOTHY TUTTAMORE,
and JAMIE MCMAHAN,

    Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS, UNIT
TEAM MEMBER MRS. SUDLOW, UNIT
TEAM MEMBER MADISON, F.R.P.
COORDINATUR [sic] JAVERNICK, D.R.
[sic] LEYBA, D.R. [sic] NAFZIGER, P.A.
OSAGIE, UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 29 2009

GREGORY C. LANGHAM
                CLERK

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

THIS CAUSE came before the Court on its own motion. After careful review and consideration, it now is

**ORDERED** that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

**FURTHER ORDERED** that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 29th day of June, 2009.

BY THE COURT:

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Synsvoll for service of process on Warden Wiley, Collins, Mrs. Sudlow, Mr. Knox, Mr. Sudlow, Mr. Madison, Javernick, Dr. Leyba, Dr. Nafziger, and PA Osagie; to Harley Lappin; to Untied States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 1/07/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 6/29/09  .

                              GREGORY C. LANGHAM, CLERK

                By:_____
                            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02422-MSK-BNB

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

Jamie McMahan
Reg. No. 05327-030
ADX - Florence
PO Box 8500
Florence, CO 81226

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

Harley G. Lappin, Director- **CERTIFIED**
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C.  20534

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

Warden Wiley, Collins, Mrs. Sudlow, Mr. Knox,
Mr. Sudlow, Mr. Madison, Javernick, Dr. Leyba,
Dr. Nafziger, and PA Osagie - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**