IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW,
TIMOTHY TUTAMORE, and
JAMIE MCMAHAN,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

Defendants.
_____

**ORDER**
_____

This matter is arise on **Plaintiff's Motion for Order to Provide U.S. Marshals Nafziger and Leyba's Home Addresses under Seal** [Doc. #123, filed 09/21/2009]. The Motion is GRANTED IN PART and DENIED IN PART.

The plaintiff requests that counsel for the defendants be ordered to provide under seal the home addresses of defendants Nafziger and Leyba "so the marshal's can attempt to facilitate service."

Defense counsel has responded that he does not oppose disclosing Leyba and Nafziger's last known addresses under seal. He states, however, that the defendants do not possess Leyba and Nafziger's home addresses.

IT IS ORDERED that the Motion is GRANTED to require, on or before October 9, 2009, that counsel for defendants submit Leyba and Nafziger's last known addresses under seal. The Motion is DENIED in all other respects.

Dated September 28, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge