IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,,
MR. COLLINS,
MR. SUDLOW,
MRS. SUDLOW,
MR. KNOX,
MR. MADISON,
MR. FOSTER,
MR. FINLAN
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
P.A. OSAGIE,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
JANE/JOHN DOE HEALTH SER. DIV. DIR., and
ANY AND ALL SUCCESSOR'S [sic],

Defendants.
_____

**ORDER TO SHOW CAUSE**
_____

This matter arises on the following motions (the "Motions"):

1. **Plaintiffs' Motion for an Order to Compel the AUSA and/or Marshal's Google** [sic] **M.D. Defendant Leyba's Current Home and Work Addresses for Service** [Doc. #151, filed 12/29/2090] (the "First Motion"); and

2. **Supplemental Motion to Google Leyba's Address and/or in the Alternative Motion for Court to Order to Provide Marshal's** [sic] **Leyba's Address in No. 07-cv-01011-DME-KMT** [Doc. #194, filed 05/07/2010] (the "Second Motion").

The Motions area DENIED, and the plaintiffs are ordered to SHOW CAUSE why Dr. Leyba should not be dismissed for failure to prosecute.

On June 29, 2009, the district judge entered an order directing the United States Marshal to serve the defendants [Doc. #96]. On July 13, 2009, the Summons was returned unexecuted as to defendant Leyba because Dr. Leyba is no longer employed with the Federal Bureau of Prisons [Doc. #105]. On September 21, 2009, the plaintiffs requested that counsel for the defendants provide the court with Dr. Leyba's home address under seal [Doc. #123]. The defendants' counsel responded that the defendants do not possess Dr. Leyba's home address, but he did not oppose disclosing Dr. Leyba's last known addresses under seal [Doc. #126]. On September 28, 2009, I entered an order directing counsel for defendants to provide Dr. Leyba's last known address under seal [Doc. #128]. The defendants provided the last known address for Dr. Leyba under seal [Doc #132], and the Marshal was ordered to personally serve Dr. Leyba at that address [Doc. #146]. On January 14, 2010, the Marshal filed a Process Receipt and Return which states that Dr. Leyba could not be served at the address provided because the house is vacant [Doc. #169].

In their First Motion, the plaintiffs request that counsel for the defendants be ordered to research the internet to find Dr. Leyba's current address. It is not the responsibility of opposing counsel to research addresses for service of process. Ultimately the <u>plaintiffs</u> are responsible for providing the court with the current addresses of the parties they wish to serve.

In their Second Motion, the plaintiffs request that, in the alternative, defense counsel be ordered to provide Dr. Leyba's address in Civil Action No. 07-cv-01011-DME-KMT because "it has resulted in service of Leyba in that action." In Case No. 07-cv-01011, the Summons was returned executed as to Dr. Leyba on January 4, 2008--more than two years ago. The case was dismissed on July 7, 2009. The plaintiffs do not make any showing that Dr. Leyba is still located at his 2008 address.

IT IS ORDERED that the Motions are DENIED.

IT IS FURTHER ORDERED that the plaintiffs shall show cause, if any there be, in writing and on or before **June 17, 2010**, why this case should not be dismissed as against Dr. Leyba for failure to prosecute. D.C.COLO.LCivR 41.1. Failure to show cause on or before June 17, 2010, will result in my recommendation that this case be dismissed as against Dr. Leyba.

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge