IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,,
MR. COLLINS,
MR. SUDLOW,
MRS. SUDLOW,
MR. KNOX,
MR. MADISON,
MR. FOSTER,
MR. FINLAN
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
P.A. OSAGIE,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
JANE/JOHN DOE HEALTH SER. DIV. DIR., and
ANY AND ALL SUCCESSOR'S [sic],

Defendants.

_____

## ORDER
_____

This matter arises on **Plaintiff's Motion for the Court to Impose Sanctions Pursuant to F.R.Civ.P. 11(c)** [Doc. #149, filed 12/29/2009] (the "Motion"). The plaintiffs seek sanctions against the defendants for failing to produce requested discovery materials. Discovery has not commenced in this case.

IT IS ORDERED that the Motion is DENIED.

Dated May 17, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge