IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW,
TIMOTHY TUTAMORE, and
JAMIE MCMAHAN,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER MRS. SUDLOW,
UNIT TEAM MEMBER MR. SUDLOW,
UNIT TEAM MEMBER MADISON,
F.R.P. COORDINATUR [sic] JAVERNICK,
D.R. [sic] LEYBA,
D.R. [sic] NAFZIGER,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions:

1. **Plaintiff's Motion for Leave to Amend** [Doc. #129, filed 10/01/2009];

2. **Defendants' Motion to Consolidate and for Extension of Time** [Doc. #130, filed 10/02/2009]; and

3. The plaintiff's **Supplemental Motion for Leave to Amend Related to Pending Doc. No. 129** [Doc. #195, filed 05/07/2010].

The plaintiffs seek leave to file an amended complaint [Doc. #129]. The defendants do not object to the proposed amended complaint [Doc. #130, ¶ 12]. However, the defendants request an extension of time to answer or otherwise respond to the amended complaint. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Leave to Amend [Doc. #129] is GRANTED. The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 129-1].

IT IS FURTHER ORDERED that Defendants' Motion to Consolidate and for Extension of Time [Doc. #130] is GRANTED. All defendants shall answer or otherwise respond to the Amended Complaint on or before **August 16, 2010**.

IT IS FURTHER ORDERED that the plaintiff's Supplemental Motion for Leave to Amend Related to Pending Doc. No. 129 [Doc. #195] is DENIED AS MOOT.

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge