IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,,
MR. COLLINS,
MR. SUDLOW,
MRS. SUDLOW,
MR. KNOX,
MR. MADISON,
MR. FOSTER,
MR. FINLAN
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
P.A. OSAGIE,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
JANE/JOHN DOE HEALTH SER. DIV. DIR., and
ANY AND ALL SUCCESSOR'S [sic],

Defendants.
_____

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter arises on the following motions ("the "Motions") filed by the plaintiffs:

1. **Plaintiffs' Motion for Entry of Default** [Doc. #152, filed 12/29/2009];

2. **Plaintiffs' Supplemental Motion for Entry of Default** [Doc. #180, filed 03/01/2010]; and

3. **Plaintiffs' Supplemental Motion for Entry of Default** [Doc. #181, filed 03/01/2010].

The plaintiffs filed a motion to amend their Complaint on October 1, 2009 [Doc. #129]. While their motion was pending,[1] the plaintiffs filed motions seeking entry of default against the defendants because the defendants had not answered the proposed amended complaint. The motions are frivolous. The defendants are not required to answer the amended complaint until the amendment is allowed and the amended complaint is accepted for filing.

I respectfully RECOMMEND that the Motions be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

---

[1] By separate order, I granted the motion to amend and directed the defendants to answer or otherwise respond to the Amended Complaint on a date certain.