IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland


Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,,
MR. COLLINS,
MR. SUDLOW,
MRS. SUDLOW,
MR. KNOX,
MR. MADISON,
MR. FOSTER,
MR. FINLAN
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
P.A. OSAGIE,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
JANE/JOHN DOE HEALTH SER. DIV. DIR., and
ANY AND ALL SUCCESSOR'S [sic],

Defendants.
_____

**ORDER**
_____

This matter arises on the following motions (the "Motions") filed by the plaintiffs:

1. **Unopposed Plaintiffs' Motion to Withdraw Docket No. 63** [Doc. #159, filed

12/30/2009]; and

2. **Unopposed Plaintiffs' Motion to Correct Signiture** [sic] **Pleading Deficiency's**

[sic]**. . . .** [Doc. #160, filed 12/30/2009].

The plaintiffs seek to withdraw a paper and to correct signatures on certain other papers in order to cure filing defects of the papers. The defendants do not oppose the Motions. Accordingly,

IT IS ORDERED that the Unopposed Plaintiffs' Motion to Withdraw Docket No. 63 [Doc. #159] is GRANTED. Document No. 63 is deemed WITHDRAWN.

IT IS FURTHER ORDERED that the Unopposed Plaintiffs' Motion to Correct Signiture [sic] Pleading Deficiency's [sic]. . . . [Doc. #160] is GRANTED insofar as the plaintiffs request filing of the amended signature blocks for Documents No. 10, 16, 19, 28, 29, 55, 99, 123, and 129. The motion is denied to the extent it seeks any other relief.

Dated May 17, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge