IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,,
MR. COLLINS,
MR. SUDLOW,
MRS. SUDLOW,
MR. KNOX,
MR. MADISON,
MR. FOSTER,
MR. FINLAN
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
P.A. OSAGIE,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
JANE/JOHN DOE HEALTH SER. DIV. DIR., and
ANY AND ALL SUCCESSOR'S [sic],

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 18 2010

GREGORY C. LANGHAM
                              CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

The plaintiffs filed their amended Prisoner Complaint on January 7, 2008 [Doc. #10]. By separate order, I have permitted the plaintiffs to amend their Complaint to, among other things, add as defendants Mr. Foster, Mr. Finlan, and Dr. Amirkhan.

IT IS ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from defendants Foster, Finlan, and Amirkhan. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28

U.S.C. §1915 and all other orders upon defendants Foster, Finlan, and Amirkhan. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that defendants Foster, Finlan, and Amirkhan or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated May 17, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02422-MSK-BNB

Joseph Bradshaw
Reg. No. 20980-038
ADX - Florence
PO Box 8500
Florence, CO 81226

Timothy Tuttamore
Reg. No. 43018-060
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Mr. Foster, Mr. Finlan and Dr. Amirkhan

Juan G. Villaseñor
Assistant United State Attorney
United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on Mr. Foster, Mr. Finlan and Dr. Amirkhan: to United States Attorney General; and to the United States Attorney's Office: AMENDED COMPLAINT FILED 5/17/10, ORDER FILED 5/17/10, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/18/10    .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk