IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,,
MR. COLLINS,
MR. SUDLOW,
MRS. SUDLOW,
MR. KNOX,
MR. MADISON,
MR. FOSTER,
MR. FINLAN
ADX WARDEN WILEY,
DR. LEYBA,
DR. NAFZIGER,
P.A. OSAGIE,
2-13-06 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
4-16-07 JANE/JOHN DOE UTILIZATION COMMITTEE MEMBER'S [sic],
JANE/JOHN DOE HEALTH SER. DIV. DIR., and
ANY AND ALL SUCCESSOR'S [sic],

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's** [sic] **Priority Motion for Order for Marshal's** [sic] **to Serve Leyba at Office Location** [Doc. #221, filed 06/25/2010] (the "Motion"). The Motion is DENIED.

The plaintiffs request that Dr. Leyba be served at his office location at 6015 Buttermere Drive, Colorado Springs, Colorado 80906. However, the Marshal previously attempted to serve Dr. Leyba at that address and was unable to do so because the house is vacant [Doc. #169].

IT IS ORDERED that the Motion [Doc. # 221] is DENIED.

Dated June 30, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge