IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTTAMORE,

        Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER SUDLOW,
UNIT TEAM MEMBER KNOX,
UNIT TEAM MEMBER MADISON,
UNIT TEAM MEMBER FOSTER,
UNIT TEAM MEMBER FINLAN,
DR. LEYBA,
DR. NAFZIGER,
DR. AMIRKHAN,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,

        Defendant(s).

## ORDER TO CURE DEFICIENCY

Krieger, Judge

    Plaintiffs submitted a Notice of Appeal on September 20, 2010. The court has determined that the document is deficient as described in this order. Plaintiffs will be directed to cure the following if they wish to pursue this appeal.

**(A)** **Filing Fee**
  X   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
  X   is not submitted
  __  is missing affidavit
  __  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
  __  is missing required financial information
  __  is missing an original signature by the prisoner
  __  is not on proper form (must use the court's current form)
  __  other_____

Accordingly, it is

**ORDERED** that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

**FURTHER ORDERED** that, if Plaintiffs fail to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED this 21st day of September, 2010.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge