IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW,

Plaintiff,

v.

DR. NAFZIGER,
DR. AMIRKHAN,
P.A. OSAGIE,

Defendants.
_____

**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**
_____

This matter arises on the **Plaintiff's Motion for Leave to File Supplermental** [sic] **Verified Amended Complaint** [Doc. #272, filed 08/30/2010] (the "Motion"). I respectfully RECOMMEND that the Motion be DENIED.

The plaintiff submitted his proposed amended complaint on August 30, 2010. On September 7, 2010, the district judge dismissed numerous claims and defendants [Doc. #280]. The proposed amended complaint reasserts the claims that have been dismissed. Accordingly,

I RECOMMEND that the Motion be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 14 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A

party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated November 1, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge