IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW,

Plaintiff,

v.

DR. NAFZIGER,
DR. AMIRKHAN,
P.A. OSAGIE,

Defendants.
_____

**ORDER**
_____

This matter arises on plaintiff Timothy Tuttamore's **Motion for the Defendants to Provide the Plaintiffs with the Attachments to Defendant Madison's Declaration at Doc. #246** [Doc. #259, filed 07/23/2010]. Plaintiff Tuttamore has been dismissed from this action [Doc. #280]. Accordingly,

IT IS ORDERED that the Motion is DENIED AS MOOT.

Dated November 1, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge