IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTTAMORE,

       Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER SUDLOW,
UNIT TEAM MEMBER KNOX,
UNIT TEAM MEMBER MADISON,
UNIT TEAM MEMBER FOSTER,
UNIT TEAM MEMBER FINLAN,
DR. LEYBA,
DR. NAFZIGER,
DR. AMIRKHAN,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS

       Defendants.

## ORDER TO CURE DEFICIENCY

Krieger, Judge

       Plaintiffs submitted a Joint Notice of Appeal on March 17, 2011.  The court has determined that the document is deficient as described in this order.  Plaintiffs will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       <u> X </u>   is not submitted

**(B)** **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:

- [X] is not submitted
- [ ] is missing affidavit
- [ ] is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- [ ] is missing required financial information
- [ ] is missing an original signature by the prisoner
- [ ] is not on proper form (must use the court's current form)
- [ ] other_____

Accordingly, it is

ORDERED that Plaintiffs cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiffs filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiffs, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiffs fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 21st day of March, 2011.

BY THE COURT:

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge