IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02422-MSK-BNB

JOSEPH BRADSHAW, and
TIMOTHY TUTAMORE,

Plaintiffs,

v.

BOP DIRECTOR LAPPIN,
ADX WARDEN WILEY,
UNIT TEAM MEMBER COLLINS,
UNIT TEAM MEMBER SUDLOW,
UNIT TEAM MEMBER KNOX,
UNIT TEAM MEMBER MADISON,
UNIT TEAM MEMBER FOSTER,
UNIT TEAM MEMBER FINLAN,
DR. LEYBA,
DR. NAFZIGER,
DR. AMIRKHAN,
P.A. OSAGIE,
UNKNOWN MEDICAL STAFF,
UNKNOWN DENTIST,
UNKNOWN UTILIZATION COMMITTEE MEMBERS, and
UNKNOWN PROJECTED UNIT TEAM MEMBERS,,

Defendants.
_____

**ORDER**
_____

This matter arises on plaintiff Timothy Tuttamore's **Motion to Compel Proper Court Access** [Doc. #323, filed 04/04/2011] (the "Motion"). The Motion is DENIED.

Mr. Tuttamore requests that the court order the defendants to allow him to correspond with his co-plaintiff, Joseph Bradshaw, in order to provide the plaintiffs with the ability to appeal the final judgment of this court. The final judgment entered on March 11, 2011 [Doc. #314]. The plaintiffs filed a Notice of Appeal on March 17, 2011 [Doc. #315]. Because this case is on

appeal, the district court has lost jurisdiction.  <u>Board of Ed. of Independent School Dist. 89, Oklahoma County v. York</u>, 429 F.2d 66, 70 (10th Cir. 1970).

IT IS ORDERED that the Motion is DENIED.

Dated May 6, 2011.

                                            BY THE COURT:

                                            /s/ Boyd N. Boland
                                            United States Magistrate Judge